RECD'24 JUN25PM02:52 USDCGA-MA

# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF GEORGIA

DEWAYNE RENARD FITZGERALD ESTATE / TRUST
Dewayne Renard Fitzgerald El, Executor
Sharrief Bey: Absolute Trustee

PLAINTIFFS

vs.

"THE STATE COURT OF BIBB COUNTY";
Administrative Law Judge: Shareii F. Lewis, Sheriff
David Davis, Travis Carlisle, District Attn: Anita R.
Howard, Assit. Solicitor General: Brittany M.
Howard & Chrisphoper Pitts

DEFENDANTS,

Case Number: 524CV190

FEDERAL TRADE COMMISSION REPORT NUMBER: 174165136

**AMENDMENT**
**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

## "AMENDMENT COMPLAINT FOR VIOLATION OF CIVIL RIGHTS"

## I. The Parties to this Complaint

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 5.

Name: Anita R. Howard

Job or Title (if known) Prosecutor

Address: 661 Mulberry Street, 2nd Floor Macon, Georgia 31201

County: Bibb

Telephone Number: (478) 621-6427

E-Mail Address (if known) NA

**X** Individual capacity **X** Official capacity

Defendant No. 6.

Name: Brittany M. Woolfolk

Job or Title (if **known**) Assistace Solicitor Attorney Generals

Address: 601 Mulberry Street, Macon Georgia, 31201

Phone Number: (478) 751-7400

E-Mail Address (if known) N/A

**X** Individual capacity **X** Official capacity

Defendant No. 7.

Name: Chrisphoper Pitts

Job or Title (if known) Assistance Solicitor Attorney Generals

Address: 601 Mulberry Street, Macon Georgia, 31201

Phone Number: (478) 751-7400

E-Mail Address (if known) N/A

**X** Individual capacity **X** Official capacity

## II. Basis for Jurisdiction

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local official?

Based on the information provided, the basis of jurisdiction for a Section 1983 claim alleging deprivation of rights secured by the Constitution or statutory rights by state or local officials includes the following key points:

1. Violation of my Constitutional Rights related to liberty to travel, as protected under the Fifth Amendment. Any regulation of this liberty must be done through proper lawmaking functions of Congress and **delegated authority** must be narrowly construed.

2. Violation of the Bill of Attainder clause in the U.S. Constitution, which prohibits legislation that imposes punishment on specific individuals without a judicial trial.

3. Violation of Constitutional Rights by Officer Travis Carlisle through a warrantless arrest, lack of probable cause affidavit and hearing, and racial profiling based on Moorish American Automobile Tags. This conduct constitutes a breach of the officer's oath of office and code of ethics, as well as a violation of the Ku Klux Klan Act.

4. Tampering with evidence by Officer Travis Carlisle, including removing citations from evidence and personal property from the Macon Bibb County Detention Center. This action constitutes a violation of due process and abuse of power. O.C.G.A. § 16-10-94(a). Tampering with evidence: "A person commits the offense of tampering with evidence when, with the intent to prevent the apprehension or cause the wrongful apprehension of any person or to obstruct the prosecution or defense of any person, he knowingly destroys, alters, conceals, or disguises physical evidence or makes, devises, prepares, or plants false evidence."" This a Felony by Deputy Sheriff Travis Carlisle.

5. False police report and unlawful arrest for Grand Theft Auto by Deputy Travis Carlisle, including giving a false account of the location of the automobile. This conduct demonstrates malicious prosecution, abuse of power, and abuse of the legal process.

6. I was restrained of my liberty, and assaulted and imprisoned, under such circumstances. without complaint or warrant, then there is no limit to the power of a police officer. ••• Any law which would place the keeping and safe conduct of another in the hands of even a conservator of the peace, unless for some breach of the peace committed in his presence, or upon suspicion of felony, as a result of

Deputy Sheriff Travis Carlisle action are most oppressive and unjust, and destroy all the rights which our constitution guaranties.

7. "Constitutional Requirements as to Warrants," wherein it states: [T}he fundamental constitutional guaranties of personal liberty protect private individuals in the right of enjoyment of personal freedom without unlawful restraint, and it is universally recognized that no one may be arrested except by due process of law. (2 R.C.L. 463. § 21).

8. Under the topic of "Arrest" as found in Vol. 2 of Ruling Case Law, we find the heading, "Constitutional Requirements as to Warrants," wherein it states: [T}he fundamental constitutional guaranties of personal liberty protect private individuals in the right of enjoyment of personal freedom without unlawful restraint, and it is universally recognized that no one may be arrested except by due process of law. (2 R.C.L. 463. § 21).

9. The basis of jurisdiction in this case involves the intentional abuse of the legal process by Prosecutor Anita R Howard, Assistant Solicitor General Brittany M Woolfolk, Administrative Law Judge Sharell F Lewis, and Deputy Sheriff Travis Carlisle. They have violated constitutional rights by converting my Constitutional rights to travel, into a privilege, and then converting my God given Rights into a crime. The false imprisonment by Prosecutor Anita R Howard is particularly concerning as she is an elected official. (Liable Party)

10. The Administrative Law Judge Sharell F Lewis, who is responsible for determining the facts of the case, has shown bias towards Assistance Attorney General Brittany M. Woolfolk Emploee of Prosecutor Anita R Howard by not allowing any rebuttal to be presented by these alleged Plaintiff, THE STATE. Then the Judge Violated the exclusionary rule (Mapp v. Ohio). This violates the principle of due process and fair trial. The actions of all involved parties, including the Deputy Sheriff Travis Carlisle, show a disregard for the rule of law and the rights of the Plaintiff(s).

11. I have a constitutional rights as a free man, including the right to fair and impartial trial and protection against false imprisonment. The abuse of power by those in positions of authority cannot be tolerated, and it is essential to hold them accountable for their actions.

12. Assistance Solicitor General, Christoper Pitts, has also violated my due process under the law. He

has been standing in for the Assistance Attorney General Brittany M Woolfolk, every time this case has been unlawfully in session, with a complaint or a real party of intents Rule 17. They are conspiring because the Assistance Attorney General Brittany M. Woolfolk, can not bring any real charges with a defective charging instrument on the record. This is where the conspiracy between the Judge Sharell F. Lewis takes place once again. The Administrative Law Judge Sharell F. Lewis, is orchestrating the scheme, by asking the Assistance Attorney General Christoper Pitts, was the name given to me when I ask fore his business card. In witch he stated he did not have a card, as I ask for his name. He reluctantly gave his name. Ask I asked him to explain to me. Why! He has never placed his Name and Bar number along with an "Entry of Appearance" and he stated "That's not true and he didn't have to do all of that". I say ok and walked away. The Judge has taken the place of the Prosecutor Anita R. Howard, County District Attorney and her employee's Assistance Attorney General Solicitor's et al. The Assistance Attorney General Brittany M Woolfolk, has taken the place of the Deputy Sheriff Travis Carlisle, by substituting the charging instrument with an a fraudulent police report. They all have violated the **Separation of Power Clause**, the Judge can not be a Legislative Law Judge and an Administrative Law Judge, as an Article 4 Judge an Article 4 Court at the same time. With no Judicial Power.

In conclusion, the actions of Officer Travis Carlisle, Administrative Law Judge: Sharell F. Lewis, Sheriff David Davis, Prosecutor Anita R. Howard, Assistance Attorney General Brittany M. Woolfolk, and Assistance Solicitor General Christopher Pitts all have conspired in multiple violations of the plaintiff's constitutional and statutory rights, warranting a Section 1983 claim for deprivation of rights by a state or local official. They all have breached the Trust, Conspired, committed Treason, Violated their Oath's to uphold the Constitution of the United States. And violated the Rights and the liberties of a Free National, with rights and immunity from any further Malicious prosecutions.

13. Officers, of the State Court, Solicitor General Clerks, have compired by abuseing my rights to due process under the law. By giving misleading court dates and then asked to leave from my schedule appointed court dates. And only had am email from Judge Sharell F. Lewis on gthe 30th day of May 2024 to appear in court on the 3rd day of June 2024. Exhibit A. Of this original Complaint filed on the 6th of June 2024. They have conspired in order to have me placed under contempt for not appearing in court. Violation of my due process, abuse of Power, abuse of the Process, Conspiracy between the Solicitor generals office, Judge Sharell F. Lewis, and the Sheriff Officer deputy. On June 17, 2024. This a desperate tactic to have the Plaintiff from defending the DEWAYNE RENARD FITZGERALD

ESTATE / TRUST.

VI. Certification and Closing

Under Federal Rule of Civil Procedure11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is mot being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**"If you do not fight for your rights, you have none!"**

Date of Signature: June 25 2024

Signature of Plaintiff [signature] Trustee [signature]

Print Name of Plaintiff Dewayne Renard Fitzgerald El

## "Certificate of Service"

On this 25th day of June 2024, I Sharrief Bey Absolute Trustee, of the DEWAYNE RENARD FITZGERALD ESTATE / TRUST. Served this document on the record and it shall be filed into the records by District Court Clerk office. And sent to the Responding Parties, THE STATE et al; Assistance Solicitor General Brittany M. Woolfolk, Bibb County Prosecutor Anita R. Howard, Sheriff David Davis, Administrative Law Judge: Sharell F. Lewis.

**By:** ______________________ **Absolute Trustee: Sharrief Bey**